NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**FRANK MORENO, JR.,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7149

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0279, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

The court construes Frank Moreno, Jr.'s filing as a motion for extension of time in order to obtain counsel.

This court has no procedure to appoint counsel for pro se litigants. Mr. Moreno is advised that pro bono counsel may be available to veterans for representation at this court

FRANK MORENO, JR. V SHINSEKI                                        2

through various assistance programs, including the Federal Circuit Bar Association's Veterans Pro Bono Program.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that Mr. Moreno is given 60 days from the date of this order to obtain counsel. If no counsel is obtained the case will proceed as per the court's normal schedule.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26